## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
**TALYA A. LUBIT**

MAGISTRATE JUDGE'S DOCKET NO.: 24-1794M
DATE OF COMPLAINT: 10/25/24
CRIMINAL DOCKET NO.:
DATE OF INDICTMENT:
ORIGINATING DISTRICT (if applicable):

DATE ARRESTED: 10/30/24

### INITIAL APPEARANCE

Presiding Magistrate Judge: [ ] BROWN  [ ] DODGE  [ ] KELLY  [ ] LANZILLO  [ ] PESTO  [X] TAYLOR

Date: 10/30/24
Time: 4:50
CD #:
Court Reporter:

U. S. ATTORNEY: Carolyn Bloch
INTERPRETER: N/A

**1. RIGHTS EXPLAINED**
[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**
[X] Read  [X] Summarized  [ ] Reading waived
[X] Defendant provided with a copy of the charges
[ ] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
[X] Read  [X] Summarized  [ ] Reading waived

**4. COUNSEL**
[X] Defendant requested appointment  [ ] Defendant waived appointment
[X] Defendant represented by: William Kaczynski for procedural purposes only
[ ] Defendant expects to retain:
[X] Affidavit executed.
[ ] Not Qualified  [X] Qualified  [ ] With possible requirement for partial or full payment
[ ] Federal Public Defender appointed
[X] CJA Panel Attorney: Frank Walker to be appointed

**5. BAIL**
Recommended Bond:
Bond Set at: $50,000 Unsecured
[ ] By Consent  [X] Additional Conditions Imposed: And stated in the Order Setting Conditions of Release
[ ] By Magistrate Judge
[ ] Temporary Commitment issued  [ ] Final Commitment issued
Bond/Detention Hearing set for:

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
Preliminary Exam/~~Rule 40/Arraignment~~ set for: 11/6/24 @ 2:00 PM before Magistrate Judge Kezia O. L. Taylor

WDPA Rev 06/24