IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    )        24-CR-257
                            )
vs.                         )
                            )
                            )
TALYA LUBIT                 )

## ORDER


AND NOW, this ____ day of January 2025, the *Motion for Extension of Time to File Pre-Trial Motions* from Ms. Lubit is hereby GRANTED.  Pretrial motions are now due on or before April 10, 2025.

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions, from January 10, 2025 through April 10, 2025, is deemed to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.  Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(7)(A), since the court finds that the additional period is necessary to enable counsel for the defendant time to adequately investigate and prepare pretrial motions, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

BY THE COURT:


_____

Christy C. Wiegand
Judge