## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

|                          |                      |
|--------------------------|----------------------|
|                          |                      |
| v.                       | Criminal No. 24-257  |
|                          |                      |
| MOHAMAD HAMAD            |                      |
| TALYA A. LUBIT          |                      |
| MICAIAH COLLINS         |                      |

## **O R D E R**

      **AND NOW**, to wit, this <u>23rd</u>  day of April, 2025, upon consideration of the Motion to Unseal Superseding Indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby **ORDERED** that said Motion is **GRANTED**.

      **IT IS FURTHER ORDERED** that the Superseding Indictment returned in this case and the Arrest Warrants issued pursuant to said Superseding Indictment are hereby **UNSEALED**.

s/Kezia O. L. Taylor<br>
UNITED STATES MAGISTRATE JUDGE

cc:    United States Attorney